**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25064/7100044374

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John W. McManus and Brenda Taylor-McManus<br>      Debtors.<br>_____<br>HSBC Bank USA, National Association as Trustee for MERRILL LYNCH 2005-2<br><br>      Movant,<br>  vs.<br><br>John W. McManus and Brenda Taylor-McManus, Debtors, Trudy Nowak, Trustee.<br><br>      Respondents. | No. 4:09-bk-24564-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> Lot 277 of BLACK HORSE, a subdivision of Pima County, Arizona, according to the plat of record in the office of the Pima County Recorder in Book 57 of Maps and Plats at page 36 thereof.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT